**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BOBBY LEE ROBERTSON**
**ADC # 121746**                                                                    **PETITIONER**

**V.**                                              **5:17-CV-00205-BRW-JTK**

**WENDY KELLEY, Director**                                              **RESPONDENT**

<u>**ORDER**</u>

     I have received the proposed findings and recommendations from United States

Magistrate Judge Jerome T. Kearney.  There have been no objections.   After careful review, I

approve and adopt the findings and recommendations in their entirety.

     Judgment will be entered accordingly.  A certificate of appealability will not issue.

     IT IS SO ORDERED this 8th day of February, 2018.


                                                /s/ Billy Roy Wilson _____
                                              UNITED STATES DISTRICT JUDGE